IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE HUNSINGER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:23-CV-01366-N |
| | § | |
| SMART START REAL ESTATE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

### ORDER

On January 28, 2025, the Court issued an order requiring the plaintiff to show cause why this action should not be dismissed for want of prosecution. To date, plaintiff has not responded. The Court therefore dismisses this case without prejudice for want of prosecution.

Signed March 5, 2025.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE